# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILMINGTON SAVINGS FUND
SOCIETY, FSB, DOING BUSINESS AS
CHRISTIANA TRUST, NOT IN ITS
INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE FOR BCAT 2015-14ATT,

        Respondents

          v.

GLORIA S. YUN,

        Petitioner

:  No. 7 MM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

WILMINGTON SAVINGS FUND
SOCIETY, FSB, DOING BUSINESS AS
CHRISTIANA TRUST, NOT IN ITS
INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE FOR BCAT 2015-14ATT,

        Respondents

          v.

GLORIA S. YUN,

        Petitioner

:  No. 8 MM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2018, the Applications for Leave to File Original Process are GRANTED, and the Applications for Extraordinary Relief are DENIED. The Application to Seal filed at 8 MM 2018 is DENIED.